IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNULFO SILVA | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : 14-199 |
| BERKS COUNTY CHILDREN AND | : |
| YOUTH SERVICES, et. al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW this 18th day of September 2014, upon consideration of defendants' motion to dismiss (doc. no. 10), plaintiff's response (doc. no. 11), defendants' reply (doc. no. 15) and plaintiff's surreply (doc. no. 17), **IT IS HEREBY ORDERED:**

1. The defendants' motion to dismiss (doc. no. 10) is **GRANTED**;

2. The case is **DISMISSED WITH PREJUDICE**; and

3. The clerk is directed to mark this case **CLOSED**.

BY THE COURT,

_____
LAWRENCE F. STENGEL, J.